FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 12 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAIRE A. BROWN,

                      Plaintiff,

  -against-

THE BOARD OF TRUSTEES OF THE
BUILDING SERVICE 32B-J PENSION
FUND, THE BOARD OF TRUSTEES OF
THE BUILDING SERVICE 32B-J
HEALTH FUND, THE BUILDING
SERVICE 32B-J PENSION FUND, and
THE BUILDING SERVICE 32B-J
HEALTH FUND,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 3043 (DGT)

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on September 29, 2005, denying defendants' motion for summary judgment; granting in part and denying in part plaintiff's cross-motion for summary judgment; denying both parties motions to strike; and remanding the case to the Building Service 32B-J Health Fund and Pension Fund for reconsideration in accordance with ERISA and the Court's Memorandum and Order of September 29, 2005; it is

JUDGMENT
03-CV- 3043 (DGT)

ORDERED and ADJUDGED that defendants' motion for summary judgment is denied; that plaintiff's cross-motion for summary judgment is granted in part and denied in part; that both parties motions to strike are denied; and that the case is remanded to the Building Service 32B-J Health Fund and Pension Fund for reconsideration in accordance with ERISA and the Court's Memorandum and Order of September 29, 2005.

Dated: Brooklyn, New York
       January 11, 2006

                                     s/Robert C. Heinemann
                                     ROBERT C. HEINEMANN
                                     Clerk of Court